R. W. Williams, Jr., H. K. Sweeney, Baton Rouge, La., for plaintiff-appellee-appellant.

Before GOLDBERG, GODBOLD and RONEY, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**UNITED STATES of America, Plaintiff-Appellee,**

**v.**

**John Clyde DOGGETT, Defendant-Appellant.**

**No. 30872**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

April 21, 1971.

Ronald W. Chapman (Ct.Apptd.), Chapman & Carrithers, Houston, Tex., for appellant.

---

Anthony J. P. Farris, U. S. Atty., Dewey F. Meadows, Malcolm R. Dimmitt, James R. Gough, Asst. U. S. Attys., Houston, Tex., for appellee.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**MERRILL–STEVENS DRY DOCK CO., Plaintiff-Appellee,**

**v.**

**The M/V CYGNUS of American Ownership, her engines, tackle, apparel, and other appurtenances thereto appertaining, Defendant-Appellant,**

**and**

**Leon Shaffer Golnick, Appellant.**

**No. 31087**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

April 13, 1971.

Rehearing Denied May 27, 1971.

1. See NLRB v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966.

* Rule 18, 5 Cir.; Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

Christopher C. Larimore, Miami, Fla., for defendant-appellant.

Ralph & Boyd, Richard F. Ralph, Donald F. Geffner, Miami, Fla., for plaintiff-appellee.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Samuel Eugene COCHRAN, Defendant-Appellant.**

**No. 30366.**

United States Court of Appeals, Fifth Circuit.

April 28, 1971.

B. H. Barton, Nicholson & Fleming, Augusta, Ga., for appellant.

R. Jackson B. Smith, Jr., U. S. Atty., William T. Morton, Richard C. Chadwick, Asst. U. S. Attys., Southern Dist. of Georgia, for appellee.

Before WISDOM, BELL and AINSWORTH, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**Arthur MURRAY et al., Petitioners-Appellants,**

v.

**PLEASANTVILLE APARTMENTS, INC., Respondent-Appellee.**

**No. 31024**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

April 27, 1971.

Clarke Gable Ward, Houston, Tex., for petitioners-appellants.

Marc Flatow, Houston, Tex., for respondent-appellee.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F. 2d 966.

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F. 2d 966.

* Rule 18, 5 Cir. See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, et al., 5 Cir. 1970, 431 F.2d 409, Part I.